UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY SMITH, | ) |
| Petitioner, | ) Case No. CV 14-7453-CBM(AJW) |
| v. | ) |
| KEVIN CHAPELL, Warden, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: October 7, 2014

_____
Consuelo B. Marshall
United States District Judge